UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

DEONTAY DESHUN HARDY,
Petitioner

CIVIL DOCKET NO. 1:19-CV-1437-P

VERSUS

JUDGE DRELL

10TH JUDICIAL DISTRICT
COURT,
Respondent

MAGISTRATE JUDGE PEREZ-MONTES

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 6), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Complaint (ECF No. 1) is hereby DISMISSED WITHOUT PREJUDICE pursuant to Rule 41 of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 26th day of March, 2020.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE